IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Connelly, Judy M

Printed: 2/19/08

Case Number: 07 B 19564
Judge: Wedoff, Eugene R
Filed: 10/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,774.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 780.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 68,000.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 295.34 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 182.99 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Priority | | No Claim Filed |
| 8. | MCI | Unsecured | | No Claim Filed |
| 9. | SBC | Unsecured | | No Claim Filed |
| 10. | Carson Pirie Scott | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 73,032.33 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Connelly, Judy M | Case Number: 07 B 19564 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/19/08 | Filed: 10/22/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

